**Thomas R. GILMORE and Juanita W. Gilmore, Appellants,**

v.

**A. Harvey CUNHA and Rick Cunha, Respondents.**

**No. WD 32388.**

Missouri Court of Appeals, Western District.

April 27, 1982.

W. Raleigh Gough, Independence, for appellants.

Cedric Siegfried & Associates, Inc., Steven M. Gray, Cedric Siegfried, Independence, for respondents.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from a judgment finding that defendants Cunha had acquired title to a small strip of real estate by adverse possession.

Affirmed. Rule 84.16(b).